THE UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON RICHARDS,<br>    Plaintiff, | 2003 NOV 12 A 9: 20 |
| v. | CIVIL ACTION NO.<br>3:02CV2282 (AHN) |
| WEST HAVEN DEPARTMENT OF<br>EDUCATION<br>    Defendant | November 11, 2003 |

## PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Plaintiff, Sharon Richards, by and through the undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 26(c) for a protective order barring William Kotowski from being present during the deposition of the Plaintiff. The Plaintiff asserts that Mr. Kotowski must be barred because his presence would cause oppression and severe emotional distress to the Plaintiff.

The undersigned hereby certifies that he has in good faith conferred with counsel for the Defendant in an effort to resolve this dispute without court action and that the motion is made for good cause. Attached is a memorandum of law in support of this motion.

                                    The Plaintiff,
                                    Sharon Richards

                                    By:_____
                                    Eugene N. Axelrod (ct00309)
                                    The Employment Law Group, LLC
                                    8 Lunar Drive
                                    Woodbridge, CT 06525
                                    Tel: (203) 389-6526
                                    Fax: (203) 389-2656

1

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and first class mail, postage pre-paid this date November 11, 2003 to:

Warrant L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

_____
Eugene N. Axelrod, Esq.