THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 A 9: 20
US DISTRICT COURT
BRIDGEPORT

| | |
|---|---|
| SHARON RICHARDS,<br>    Plaintiff, | : <br> : <br> : CIVIL ACTION NO. |
| v. | : 3:02CV2282 (AHN) |
| WEST HAVEN DEPARTMENT OF<br>EDUCATION<br>    Defendant | : <br> : <br> : November 11, 2003 |

### AFFIDAVIT

The undersigned counsel for the Plaintiff hereby certifies that pursuant to Fed. R. Civ. P. 26(c), he has made a good faith effort to resolve the dispute regarding the attendance of William Kotowski at the deposition of the Plaintiff. Those issues have not been resolved.

1. I am over the age of eighteen and believe in the obligation of an oath.

2. On November 5, 2003 I received a fax dated November 4, 2003 from Plaintiff's psychiatrist A. Herbert Schwartz, M.D. which stated that the Plaintiff would "probably experience extreme anxiety" if Principal Kotowski were present at the deposition.

3. On November 7, 2003, I spoke via telephone with Dr. Schwartz regarding the ability of the Plaintiff to be deposed in the presence of Mr. Kotowski. He expressed to me that if the Plaintiff were to see Mr. Kotowski she would experience a severe panic attack resulting in being unable to be deposed.

4. On November 7th I faxed this letter to counsel for the Defendant, Warren Holcomb, along with a letter stating that we wished to go ahead with the deposition but requesting that Mr. Kotowski not be present at the deposition. My letter further stated that there would be no objection to another representative of the West Haven Department of Education being present at the deposition.

8

5. On November 10, 2003, Attorney Holcomb faxed a letter to me in which he declined to state whether or not Mr. Kotowski would attend the deposition.

6. That same day, I faxed another letter to Attorney Holcomb in which we requested to know whether or not Mr. Kotowski would be present at the deposition and informing Attorney Holcomb that without an answer, the Plaintiff would be forced to file a Motion to Quash the Deposition.

7. Later the same day, I received a response via fax from Attorney Holcomb where he stated that he has not yet decided whether or not Mr. Kotowski would attend the Deposition.

8. On the morning of November 11, 2003, Plaintiff's attorney called Attorney Holcomb to try and resolve the issue of Mr. Kotowski's attendance at the deposition. Attorney Holcomb informed me that the decision was his and he will make the decision when "he gets around to it."

9. Later in the morning, Attorney Holcomb informed me that Mr. Kotowski would be attending the deposition of the Plaintiff on November 13, 2003.

10. On November 11, 2003, I had a second telephone conversation with Dr. Schwartz in which he stated that using the word "probably" did not indication that Mrs. Richards might not suffer extreme emotional distress but rather the chances were very strong that she would indeed suffer extreme emotional distress by having Mr. Kotowski present at the deposition.

11. After the telephone conversation with Dr. Schwartz, I received a letter from him in which he reiterated, clarified and stated in no uncertain terms that the Plaintiff should not be placed in a situation where she has to give deposition testimony in the presence of Mr. Kotowski.

9

12. Based upon the decision of Attorney Holcomb to have Mr. Kotowski attend the Plaintiff's deposition and the very clear medical determination by Mrs. Richard's treating psychiatrist that proceeding would result in grave psychological harm, the Plaintiff has no choice but to request that a protective order be entered barring Mr. Kotowski from being present at the deposition of the Plaintiff.

_____
Jonathan M. Engel

Subscribed and sworn to before
me this 11 day of November 2003.

_____
Eugene N. Axelrod
Commissioner of the Superior Court

10

A. HERBERT SCHWARTZ, M.D.
P.O. Box 3801
Woodbridge, Ct 06525
TELEPHONE (203) 387-7751



E.MAIL---PSYMD@AOL.COM
Fax: #203-389-0135

Attorney E. Axelrod ESQ     FAX 389-2656
Employment Law Group
8 Lunar Drive
Woodbridge, Ct. 06525

Re: Sharon Richards

November 4, 2003

Sharon called today to express her concerns regarding the coming deposition because of the possiblity that she would see or know that Mr. W. Katowski was in the same building. She would probably experience extreme anxiety as she has when he was to visit her place of employment in the last few months. In order to provide the most accurate deposition, I strongly recommend that neither he nor his vehicle be in the vicinity of the deposition site.

A. HERBERT SCHWARTZ M.D
L.FAPA-LFAACAP
ASSOC CLIN PROFESSOR
YALE UNIVERSITY

*LFAPA-Distinguished Life fellow of the American Psychiatric Association
*LFAACAP-Life Fellow of the American Academy of Child and Adolescent Psychiatric Association
*Certified by the American Board of Psychiatry and Neurology in Psychiatry and Child Psychiatry

The above information is provided at Sharon's request and with my concurrence.

cc:  Sharon Richards
     75 Contact Drive
     West Haven, CT 06516

# The Employment Law Group, llc

8 Lunar Drive
Woodbridge, CT 06525
www.EmploymentLawGroup.com

*Connecticut & New York*

Ph: 203.389.6526
Fx: 203.389.2656

November 7, 2003

Via: Facsimile

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford CT 06460

Re: **Sharon Richards v. West Haven Department of Education**
    <u>Civil Action Number: 3:02CV2282 (AHN)</u>

Dear Attorney Holcomb,

Attached is a letter from Plaintiff Sharon Richards' doctor advising that Mr. Katowski not be present at her deposition on Thursday November 13, 2003. We would like to go ahead with the deposition as scheduled and see no reason why Mr. Katowski's presence is necessary. If you find it necessary that a representative of the Department of Education be present at the deposition, we have no objection to anyone else being present provided that it is not Mr. Katowski.

Please respond by the close of business on Monday November 10th or we may seek the court's attention to cancel the deposition.

Sincerely,
The Employment Law Group, LLC

*[signature]*

Jonathan M. Engel, Esq.

M:\Cases\Richards\Correspondence\ltr to def atty re Richards' depo

# BERCHEM, MOSES & DEVLIN, P.C.

ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN*
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
LAWRENCE B. PELLEGRINO
THOMAS GALVIN COTTER

JONATHAN D. BERCHEM*
THOMAS A. CARROLL†
CAROLYN MAZANEC DUGAS
RICHARD M. HASKELL III
WARREN L. HOLCOMB◊
RACHEL L. KRINSKY
MICHELLE C. LAUBIN*
BRYAN L. LECLERC†
BRIAN A. LEMA
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
LOREN LETTICK
JOSEPH L. RINI†

ATTORNEYS AND COUNSELORS AT LAW
75 BROAD STREET
MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P.O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
MILFORD OFFICES

◊ALSO ADMITTED IN CALIFORNIA
*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
*ALSO ADMITTED IN PENNSYLVANIA

November 10, 2003

VIA FACSIMILE (203) 389-2656

Jonathan M. Engel, Esq.
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, CT 06525

Re: Sharon Richards v. West Haven Department of Education
USDC Civil Action No: 3:02CV2282 (AHN)

Dear Attorney Engel:

This letter is in response to yours of November 7, 2003. Your letter inaccurately characterizes Dr. Schwartz's letter to Attorney Axelrod dated November 4, 2003. Dr. Schwartz does not advise that Mr. Kotowski not be present at Ms. Richard's deposition, rather he opines that she would probably experience extreme anxiety and strongly recommends that Mr. Kotowski not be in the vicinity of the deposition site "in order to provide the most accurate deposition." Thus, the doctor feels that if Mr. Kotowski is present, Ms. Richards will not be able to accurately testify. While I appreciate the doctor's concern, whether or not Mr. Kotowski is present at the plaintiff's deposition is my call, not his. When I make that decision, I will let you know.

In the event this matter goes trial, Mr. Kotowski will be present in the courtroom when Ms. Richards testifies. Dr. Schwartz's letter suggests that Ms. Richards may not be able to provide accurate testimony at trial. Perhaps you should seriously consider the implication of the statements in Dr. Schwartz's letter on this lawsuit.

Very truly yours,

Warren L. Holcomb, Esq.
WLH/jbj
cc: Paul Tortora, Superintendent

G:\14\14101\643\corresp.03\Engel ltr.doc

# The Employment Law Group llc
8 Lunar Drive
Woodbridge, CT 06525
WWW.EMPLOYMENTLAWGROUP.COM

Connecticut & New York

Ph: 203.389.6526
Fx: 203.389.2656

COPY

November 10, 2003

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

Re: **Sharon Richards v. West Haven Department of Education**
<u>**Civil Action Number: 3:02CV2282 (AHN)**</u>

Dear Attorney Holcomb,

This letter is in response to yours of November 10, 2003. You letter inaccurately describes the letter of Dr. Schwartz. Whether or not my client can testify at trial is not the issue. The immediate issue is a physician letter which recommends that "in order to provide the most accurate deposition," Mr. Kotowski not be in attendance.

Please let us know by the end of the business day whether or not you intend to have Mr. Kotowski attend the deposition on Thursday November 13th. Otherwise for the benefit of all parties we will have no choice other than to move for a motion to quash the deposition on the grounds that Mr. Kotowski's presence will to a medical certainty interfere with my client's ability to provide appropriate and accurate testimony, which as you know is the *sine qua non* of any deposition.

We appreciate your immediate cooperation.

Sincerely,
The Employment Law Group, LLC

Jonathan M. Engel, Esq.

## BERCHEM, MOSES & DEVLIN, P.C.

ATTORNEYS AND COUNSELORS AT LAW
75 BROAD STREET
MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN†
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
LAWRENCE B. PELLEGRINO
THOMAS GALVIN COTTER

JONATHAN D. BERCHEM°
THOMAS A. CARROLL†
CAROLYN MAZANEC DUGAS
RICHARD M. HASKELL III
WARREN L. HOLCOMB°
RACHEL L. KRINSKY
MICHELLE C. LAUBIN†
BRYAN L. LECLERC†
BRIAN A. LEMA
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
LOREN LETTICK
JOSEPH L. RINI†

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P. O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
MILFORD OFFICES

°ALSO ADMITTED IN CALIFORNIA
†ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN PENNSYLVANIA

November 10, 2003

VIA FACSIMILE (203) 389-2656

Jonathan M. Engel, Esq.
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, CT 06525

Re: Sharon Richards v. West Haven Department of Education
USDC Civil Action No: 3:02CV2282 (AHN)

Dear Attorney Engel:

This letter is in response to yours of this date. I believe that my prior later today accurately described the letter of Dr. Schwartz. In any event, the doctor's letter speaks for itself.

I reiterate that whether Mr. Kotowski is in attendance is my call, not yours or Dr. Schwartz's, and I have not yet decided whether or not he will attend the deposition on Thursday, November 13th. Whether you make a motion to "quash" the deposition is up to you, but in my view, Dr. Schwartz' letter does not provide a valid basis for such a motion.

Very truly yours,

Warren L. Holcomb, Esq.

WLH/jbj

G:\14\1410\643\corresp.03\Engel 2ltr.doc

**A. HERBERT SCHWARTZ, M.D.**
P.O. Box 3301
Woodbridge, CT 06525
TELEPHONE (203) 387-7751

E.MAIL—PSYMD@AOL.COM
Fax: #203-389-0135

**Attorney E. Axelrod ESQ**
**Employment Law Group**
**8 Lunar Drive**
**Woodbridge, Ct. 06525**

FAX 389-2656

Re: Sharon Richards

November 11, 2003

Sharon called today to express her concerns regarding the coming deposition because of the possiblity that she would see or know that Mr. W. Katowski was in the same building. She would experience extreme anxiety as she has when he was to visit her place of employment in the last few months. In order to provide the most accurate deposition, I strongly recommend that neither he nor his vehicle be in the vicinity of the deposition site.

A. HERBERT SCHWARTZ M.D.
L.FAPA-LFAACAP
ASSOC. CLIN. PROFESSOR
YALE UNIVERSITY

*LFAPA-Distinguished Life fellow of the American Psychiatric Association
*LFAACAP-Life Fellow of the American Academy of Child and Adolescent Psychiatric Association
*Certified by the American Board of Psychiatry and Neurology in Psychiatry and Child Psychiatry

The above information is provided at Sharon's request and with my concurrence.

cc:   Sharon Richards
      75 Contact Drive
      West Haven, CT 06516