#15

FILED

2003 OCT 31 P 4: 01

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON RICHARDS | : CIVIL NO.: 3:02 CV 2282 (AHN) |
| v. | : |
| WEST HAVEN DEPARTMENT OF EDUCATION | : October 30, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY

Pursuant to Local Rule of Civil Procedure 9(b), the defendant West Haven Board of Education hereby moves to extend the deadline for completing discovery from October 31, 2003 to November 30, 2003. The defendant attempted to schedule the plaintiff's deposition in October but due to the unavailability of plaintiff's counsel could not do so. The plaintiff's deposition is scheduled for November 13, 2003.

Pursuant to Local Rule 9(b), counsel for the plaintiff has been contacted and has consented to this extension. This is the first request to extend the time period in which to [condu]ct discovery.

WHEREFORE, the defendant requests that this motion be granted.

Defendant West Haven Board of Education

_____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut 06460
(203) 783-1200
Fed. I.D. #Ct 13127

Motion Granted.
Discovery cutoff date 11-30-03
Dispositive Motions due by 12-30-03
SO ORDERED
11/10/03
ALAN H. NEVAS, U.S.D.J.