FILED

2003 DEC -1 A 8: 55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON RICHARDS | : CIVIL NO.: 3:02 CV 2282 (AHN) |
| v. | : |
| WEST HAVEN DEPARTMENT OF EDUCATION | : November 25, 2003 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY

Pursuant to Local Rule of Civil Procedure 9(b), the defendant West Haven Board of Education hereby moves to extend the deadline for completing discovery from November 30, 2003 for two months to January 31, 2004 and the deadline for dispositive motions to February 28, 2004. The plaintiff's deposition scheduled for November 13, 2003 did not go forward and due to the holiday season has been re-scheduled for January 2, 2004. In addition, the plaintiff has indicated that she may want to take one or more depositions. Therefore, the parties are requesting that the discovery deadline be extended to the end of January and the dispositive motion deadline be extended to the end of February.

Pursuant to Local Rule 9(b), counsel for the plaintiff has been contacted and consents to and joins in this requested extension. This is the second request to extend the time periods in which to conduct discovery and file dispositive motions.

WHEREFORE, the defendant requests that this motion be granted.

> Defendant West Haven Board of Education
>
> _____
> Warren L. Holcomb, Esq.
> Berchem, Moses & Devlin P.C.
> 75 Broad Street
> Milford, Connecticut 06460
> (203) 783-1200
> Fed. I.D. #Ct 13127

## CERTIFICATION

This is to certify that a copy of the foregoing defendant's motion for extension of time for completion of discovery was sent this 25th day of November, 2003, via U. S. First Class Mail, postage prepaid, to the following:

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525

_____
Warren L. Holcomb, Esq.