UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARON RICHARDS                    : CIVIL NO. 3:02 CV 2282 (AHN)
                                   :
v.                                 :
                                   :
WEST HAVEN DEPARTMENT              :
OF EDUCATION                       :   November 25, 2003

RESPONSE TO PLAINTIFF'S
REQUEST FOR PROTECTIVE ORDER

On November 11, 2003, the plaintiff filed a motion for a protective order to exclude William Kotowski from being present during the plaintiff's deposition. In light of local Rule 13(a) and the fact that Mr. Kotowski is not a named defendant, the defendant West Haven Board of Education is no longer insisting that Mr. Kotowski has the right to be present at the plaintiff's deposition. Attached is the letter from defendant's counsel dated November 12, 2003 to plaintiff's counsel stating the same and that Mr. Kotowsi will not be present. Thus, the parties have resolved this discovery dispute. Although the dispute was resolved on November 12, 2003, the plaintiff's deposition noticed for November 13, 2003 did not go forward and has been rescheduled for January 2, 2004.

Respectfully submitted
Defendant West Haven Board of Education

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut 06460
(203) 783-1200
Fed. I.D. #Ct 13127

## CERTIFICATION

This is to certify that a copy of the foregoing response to plaintiff's request for protective order was sent this 25th day of November, 2003, via U. S. First Class Mail, postage prepaid, to the following:

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525

Warren L. Holcomb, Esq.

## BERCHEM, MOSES & DEVLIN, P.C.

ATTORNEYS AND COUNSELORS AT LAW

75 BROAD STREET

MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN†
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
LAWRENCE B. PELLEGRINO
THOMAS GALVIN COTTER

JONATHAN D. BERCHEM°
THOMAS A. CARROLL†
CAROLYN MAZANEC DUGAS
RICHARD M. HASKELL III
WARREN L. HOLCOMB◊
RACHEL L. KRINSKY
MICHELLE C. LAUBIN†
BRYAN L. LECLERC†
BRIAN A. LEMA
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
LOREN LETTICK
JOSEPH L. RINI†

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P. O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
MILFORD OFFICES

◊ALSO ADMITTED IN CALIFORNIA
*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN PENNSYLVANIA

November 12, 2003

VIA FACSIMILE 389-2656

Eugene Axelrod, Esq.
Jonathan M. Engel, Esq.
The Law Employment Group
8 Lunar Drive
Woodbridge, CT 06525

Re:   Sharon Richards v. West Haven Board of Education
      U.S.D.C. Civil Action No. 3:02CV2282 (AHN)

Dear Gene and Jonathan:

I have reconsidered my position regarding Mr. Kotowski attending Ms. Richard's deposition. Since he is not a party to this action, under Local Rule 13(a) you as counsel for the plaintiff have the presumptive right to exclude Mr. Kotowski from the hearing room while the deposition of the plaintiff is taken. While I feel his absence places me at an unfair disadvantage in cross-examining Ms. Richards because I will not have the benefit of his input, I am more interested in going forward with the plaintiff's deposition than applying for an exception under Local Rule 13.

Mr. Kotowski will not be in the deposition room. Therefore, I expect you and your client to appear for the deposition at my office this Thursday, November 13, 2003 at 10:00 a.m. in accordance with the Notice of Deposition served on the plaintiff.

Very truly yours,

Warren L. Holcomb, Esq.
WLH/jbj

G:\14\14101\643\corresp.03\axel ltr.doc