#19

FILED

2003 DEC -A 8: 55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARON RICHARDS           :     CIVIL NO.: 3:02 CV 2282 (AHN) JF

v.                        :

WEST HAVEN DEPARTMENT     :
OF EDUCATION              :     November 25, 2003

### DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY

Pursuant to Local Rule of Civil Procedure 9(b), the defendant West Haven Board [of] [E]ducation hereby moves to extend the deadline for completing discovery from [Nove]mber 30, 2003 for two months to January 31, 2004 and the deadline for dispositive [motio]ns to February 28, 2004. The plaintiff's deposition scheduled for November 13, [2003] did not go forward and due to the holiday season has been re-scheduled for [Janua]ry 2, 2004. In addition, the plaintiff has indicated that she may want to take one or [more] depositions. Therefore, the parties are requesting that the discovery deadline be [extend]ed to the end of January and the dispositive motion deadline be extended to the [end of] February.

Pursuant to Local Rule 9(b), counsel for the plaintiff has been contacted and [conse]nts to and joins in this requested extension. This is the second request to extend the time periods in which to conduct discovery and file dispositive motions.

Motion Granted.
Discovery cutoff date 1-31-04
Dispositive Motions due by 2-28-04
SO ORDEREI
12/5/0[3]

ALAN H. NEVAS, U.S.D.J.