THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON RICHARDS,<br>Plaintiff, | 2003 NOV 12 A 9:20 |
| v. | CIVIL ACTION NO.<br>3:02CV2282 (AHN) |
| WEST HAVEN DEPARTMENT OF<br>EDUCATION<br>Defendant | November 11, 2003 |

### PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Plaintiff, Sharon Richards, by and through the undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 26(c) for a protective order barring William Kotowski from being present during the deposition of the Plaintiff. The Plaintiff asserts that Mr. Kotowski must be barred because his presence would cause oppression and severe emotional distress to the Plaintiff.

The undersigned hereby certifies that he has in good faith conferred with counsel for the Defendant in an effort to resolve this dispute without court action and that the motion is made for good cause. Attached is a memorandum of law in support of this motion.

The Plaintiff,
Sharon Richards

By:_____
Eugene N. Axelrod (ct00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

12/12/03. DENIED as moot. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

1