UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON RICHARDS | : CIVIL NO.: 3:02 CV 2282 (AHN) |
| v. | : |
| WEST HAVEN DEPARTMENT OF EDUCATION | : January 2, 2004 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY

Pursuant to Local Rule of Civil Procedure 9(b), the defendant West Haven Board of Education hereby moves to extend the deadline for completing discovery for two months from January 31, 2004 to March 31, 2004 and the deadline for dispositive motions to April 30, 2004. The plaintiff's deposition re-scheduled for the second time for January 2, 2004 did not go forward because the plaintiff's attorney was on trial and unavailable. The defendant is attempting to re-schedule the plaintiff's deposition for late January or February. The plaintiff has voiced an intent to take witness depositions. Therefore, the parties are requesting that the discovery deadline be extended to the end of March and the dispositive motion deadline be extended to the end of March.

Pursuant to Local Rule 9(b), counsel for the plaintiff has been contacted and no objection to this requested extension. This is the third request to extend the time periods in which to conduct discovery and file dispositive motions.

WHEREFORE, the defendant requests that this motion be granted.

Defendant West Haven Board of Education

_____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut 06460
(203) 783-1200
Fed. I.D. #Ct 13127

## CERTIFICATION

This is to certify that a copy of the foregoing defendant's motion for extension of time for completion of discovery was sent this 2nd day of January 2004 via U. S. First Class Mail, postage prepaid, to the following:

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT  06525

_____
Warren L. Holcomb, Esq.