UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARON RICHARDS : CIVIL NO.: 3:02 CV 2282 (AHN)

v. :

WEST HAVEN DEPARTMENT :
OF EDUCATION : January 2, 2004

## DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY

Pursuant to Local Rule of Civil Procedure 9(b), the defendant West Haven Board [of] [Ed]ucation hereby moves to extend the deadline for completing discovery for two [mont]hs from January 31, 2004 to March 31, 2004 and the deadline for dispositive [motio]ns to April 30, 2004. The plaintiff's deposition re-scheduled for the second time for [Janu]ary 2, 2004 did not go forward because the plaintiff's attorney was on trial and [unav]ailable. The defendant is attempting to re-schedule the plaintiff's deposition for late [Janu]ary or February. The plaintiff has voiced an intent to take witness depositions. [There]fore, the parties are requesting that the discovery deadline be extended to the end [of Ma]rch and the dispositive motion deadline be extended to the end of March.

Pursuant to Local Rule 9(b), counsel for the plaintiff has been contacted and no objection to this requested extension. This is the third request to extend the time periods in which to conduct discovery and file dispositive motions.

Motion Granted.
Discovery cutoff date 3/31/04
Dispositive Motions due by 4/30/04
SO ORDERED 1/6/04
ALAN H. NEVAS, U.S.D.J.

FILED 2004 JAN -7 P 12: 21
US DISTRICT COURT
BRIDGEPORT CT