UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON RICHARDS<br>Plaintiff | : | CIVIL ACTION NO.<br>3:02CV2282 (WWE) |
| v. | : | |
| WEST HAVEN DEPARTMENT OF<br>EDUCATION<br>Defendant | : | MARCH 12, 2004 |

FILED
2004 MAR 15  P 1: 09
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## JOINT MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY

The Plaintiff, Sharon Richards, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for an Enlargement of Time from March 31, 2004 to April 30, 2004 to complete discovery and that all other deadlines be rescheduled accordingly.

This enlargement is required in order for the respective parties to adequately prepare to take and properly hold previously noticed depositions. The Plaintiff has noticed depositions for several individuals, but has had to postpone the taking of the depositions due to the Defendant's failure to respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated November 17, 2003.

Counsel for the Plaintiff has contacted Counsel for the Defendant Warren Holcomb, Esq. who joins in the Motion. This is the first Joint Request for an Enlargement of Time to Conduct Discovery after three previous requests for enlargements were made by the Defendant.

THE PLAINTIFF
SHARON RICHARDS

BY: _____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

## CERTIFICATION

This is to certify that a copy of the foregoing Joint Motion for Enlargement of Time to Conduct Discovery was sent this 12th day of March via facsimile and First Class Mail, postage pre-paid to the following counsel of record:

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

Eugene N. Axelrod