UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

02CV2282M EXTIME
FILED

| | |
|---|---|
| SHARON RICHARDS<br>    Plaintiff | CIVIL ACTION NO.<br>3:02CV2282(2004 MAR 15 P 1:09<br>AHN |
| v. | U.S. DISTRICT COURT<br>BRIDGEPORT, CONN |
| WEST HAVEN DEPARTMENT OF<br>EDUCATION<br>    Defendant | MARCH 12, 2004 |

### JOINT MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY

FILED 2004 MAR 24 P 4:43 U.S. DISTRICT COURT BRIDGEPORT CONN

The Plaintiff, Sharon Richards, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for an Enlargement of Time from March 31, 2004 to April 30, 2004 to complete discovery and that all other deadlines be rescheduled accordingly.

This enlargement is required in order for the respective parties to adequately prepare to take and properly hold previously noticed depositions. The Plaintiff has noticed depositions for several individuals, but has had to postpone the taking of the depositions due to the Defendant's failure to respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated November 17, 2003.

Counsel for the Plaintiff has contacted Counsel for the Defendant Warren [...]comb, Esq. who joins in the Motion. This is the first Joint Request for an [en]largement of Time to Conduct Discovery after three previous requests for enlargements were made by the Defendant.

Motion Granted.
Discovery cutoff date 4-30-04
Dispositive Motions due by 5-30-04
SO ORDERED
3/24/04
ALAN H. NEVAS, U.S.D.J.

THE PLAINTIFF
SHARON RICHARDS