UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON RICHARDS | : | CIVIL NO.: 3:02 CV 2282 (AHN) |
| | : | |
| v. | : | |
| | : | |
| WEST HAVEN DEPARTMENT | : | |
| OF EDUCATION | : | May 27, 2004 |

DEFENDANT'S MOTION FOR EXTENSION OF TIME
FOR COMPLETION OF DISCOVERY AND TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule of Civil Procedure 9(b), the defendant West Haven Board of Education hereby moves to extend the deadline for completing discovery to June 30, 2004 and the deadline for dispositive motions for 45 days to July 15, 2004. Under the court's currrent order dated March 24, 2004, the discovery cutoff date was April 30, 2004 and dispositive motions are due by May 30, 2004. Two depositions were taken in April including the first session of the plaintiff's deposition. The parties then engaged in settlement discussions which were interrupted due to defendant's counsel being engaged in a state court jury trial. The settlement discussions resumed, but the parties have not been able to reach agreement. Plaintiff's counsel wants to resume the deposition of his client and depose the plaintiff's treating psychiatrist. These are the last depositions that need to be taken.

Pursuant to Local Rule 9(b), counsel for the plaintiff has been contacted and joins in this requested extension. This is the sixth request to extend the time periods in which to conduct discovery and file dispositive motions. The parties represent that, barring some unforeseen emergency, this will be the final such request.

Counsel for both parties believe that a settlement conference would be

beneficial and jointly request a settlement conference before a magistrate judge.

WHEREFORE, the defendant, joined by the plaintiff, requests that this motion be granted.

Defendant West Haven Board of Education

_____/s/_____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut 06460
(203) 783-1200
Fed. I.D. #Ct 13127

## CERTIFICATION

This is to certify that a copy of the foregoing defendant's motion for extension of time for completion of discovery and to file dispositive motions was sent this 2nd day of January 2004 via U. S. First Class Mail, postage prepaid, and by facsimile to the following:

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT  06525

_____/s/_____
Warren L. Holcomb