UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARON RICHARDS           :    CIVIL NO.: 3:02 CV 2282 (AHN)

v.                        :

                          :

WEST HAVEN DEPARTMENT     :
OF EDUCATION              :    May 27, 2004

**FILED** 2004 MAY 28 A 11: 39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY AND TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule of Civil Procedure 9(b), the defendant West Haven Board of Education hereby moves to extend the deadline for completing discovery [to] June 30, 2004 and the deadline for dispositive motions for 45 days to July 15, [20]04. Under the court's currrent order dated March 24, 2004, the discovery cutoff [da]te was April 30, 2004 and dispositive motions are due by May 30, 2004. Two [de]positions were taken in April including the first session of the plaintiff's deposition. [Th]e parties then engaged in settlement discussions which were interrupted due to [de]fendant's counsel being engaged in a state court jury trial. The settlement [dis]cussions resumed, but the parties have not been able to reach agreement. [Pl]aintiff's counsel wants to resume the deposition of his client and depose the [pla]intiff's treating psychiatrist. These are the last depositions that need to be taken.

Pursuant to Local Rule 9(b), counsel for the plaintiff has been contacted and [joi]ns in this requested extension. This is the sixth request to extend the time periods in which to conduct discovery and file dispositive motions. The parties represent that, barring some unforeseen emergency, this will be the final such request.

Counsel for both parties believe that a settlement conference would be

---

Motion Granted.
Discovery cutoff date 6.30.04
Dispositive Motions due by 7-15-04
SO ORDERED 6/3/04
ALAN H. NEVAS, U.S.D.J.