# United States District Court
## District of Connecticut

Sharon Richards
*Plaintiff*
v.

West Haven Department of Education:
*Defendant*

Case No. 3:02cv2282(AHN)

**FILED**
2004 JUN 22  A 10: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X** A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)

SO ORDERED this __9th__ day of __June__, __2004__ at Bridgeport, Connecticut.

Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE