UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| **SHARON RICHARDS**<br>Plaintiff : | CIVIL ACTION NO. JUL -6 A 10: 36<br>3:02CV2282 (AVN) |
| v. : | U.S. DISTRICT COURT<br>BRIDGEPORT, CONN |
| **WEST HAVEN DEPARTMENT OF** :<br>**EDUCATION** :<br>Defendant : | July 2, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO CONDUCT DISCOVERY

The Plaintiff, Sharon Richards, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for an Enlargement of Time from June 30, 2004 to July 21, 2004 to complete discovery and to reset time for Defendant to bring a motion for Summary Judgment for two weeks thereafter or in the second week of August.

1. This enlargement is required in order for the respective parties to adequately prepare to take and properly hold the previously noticed deposition of Matthew Brandon, and to complete the deposition of Sharon Richards.

2. Originally, the Plaintiff had noticed depositions for these individuals, but had to postpone the taking of the depositions due to the Defendant's failure to respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated November 17, 2003.

3. On June 20, 2004, Plaintiff's Attorney, Eugene N. Axelrod, broke three of his ribs, just two days before the scheduled depositions, and was under the care of a doctor for intense pain and pain management.

4. Due to this unforeseeable medical emergency, the depositions had to be cancelled and rescheduled.

5. Additionally, the court has referred this matter for a settlement conference that has not been held, and which the parties reasonably believe may have a positive result.

6. Accordingly, the parties wish to have an opportunity to attempt to settle this matter without having to expend funds for the preparation and/or defense of a Summary Judgment motion.

7. Both parties agree that this extension is in the best interest of a just and expeditious settlement.

8. This is the second Joint Request for an Enlargement of Time to Conduct Discovery after three previous requests for enlargements were made by the Defendant.

THE PLAINTIFF
SHARON RICHARDS

By: _____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

## **CERTIFICATION**

This is to certify that a copy of the foregoing Joint Motion for Enlargement of Time to Conduct Discovery was sent this 2nd day of July via facsimile and First Class Mail, postage pre-paid to the following counsel of record:

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

                                         _____
                                         Eugene N. Axelrod