#31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | | |
|---|---|---|
| **SHARON RICHARDS** | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV2282 (AHN) |
| | : | |
| v. | : | |
| | : | |
| **WEST HAVEN DEPARTMENT OF** | : | July 2, 2004 |
| **EDUCATION** | : | |
| Defendant | : | |

### JOINT MOTION FOR ENLARGEMENT OF TIME
### TO CONDUCT DISCOVERY

The Plaintiff, Sharon Richards, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for Enlargement of Time from June 30, 2004 to July 21, 2004 to complete discovery and reset time for Defendant to bring a motion for Summary Judgment for two weeks hereafter or in the second week of August.

1. This enlargement is required in order for the respective parties to adequately prepare to take and properly hold the previously noticed deposition of Matthew Brandon, and to complete the deposition of Sharon Richards.

2. Originally, the Plaintiff had noticed depositions for these individuals, but had to postpone the taking of the depositions due to the Defendant's failure to respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated November 17, 2003.

3. On June 20, 2004, Plaintiff's Attorney, Eugene N. Axelrod, broke three of his ribs, just two days before the scheduled depositions, and was under the care of a doctor for intense pain and pain management.

Motion Granted.
Discovery cutoff date 7-21-04
Dispositive Motions due by 8-4-04
SO ORDERED
7-13-04  /s/ ALAN H. NEVAS, U.S.D.J.