## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHARON RICHARDS** | : | **CIVIL ACTION No.** |
| | : | **302 CV 2282 (AHN)** |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **WEST HAVEN DEPARTMENT** | : | |
| **OF EDUCATION** | : | |
| **Defendant** | : | **September __, 2004** |

### STIPULATION OF WITHDRAWAL AFTER SETTLEMENT WITH PREJUDICE

Plaintiff, Sharon Richards by and through her attorney stipulates to the withdrawal of the above captioned action with prejudice and without costs to either party as a result of and part of the settlement of this matter.

**THE PLAINTIFF:**                                          **THE DEFENDANT:**

By: _____                        By: _____
Eugene N. Axelrod, Esq.                                    Warren L. Holcomb, Esq..
The Employment Law Group, LLC.               Berchem Moses & Devlin
8 Lunar Drive                                                      75 Broad Street
Woodbridge, CT 06525                                      Milford, CT 06460
203-389-6526                                                     203-783-1200
Federal Bar No.: CT00309                                 Federal Bar No.:_____

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATION

      A copy of the foregoing Stipulation of Withdrawal After Settlement With Prejudice was mailed via first class postage on this 16th day of December 2004 to the following counsel of record:

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

                                                                  _____
                                                                  Eugene N. Axelrod, Esq.

PDF created with pdfFactory trial version www.pdffactory.com